# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SANDRA CORRIGAN, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>SETERUS, INC., a Delaware corporation,<br><br>*Defendant*. | Case No.: 3:17-cv-02348-RDM<br><br>(Judge Robert D. Mariani) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), Plaintiff Sandra Corrigan and Defendant Seterus, Inc., by and through their respective counsel, hereby stipulate that Plaintiff's individual claims against Defendant are dismissed with prejudice, and the claims of the putative class are dismissed without prejudice, with each party to bear its own fees and costs. Rule 41(a)(1)(A)(ii) provides, in relevant part, that "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." As such, because no class has been certified in this matter, *see* Fed. R. Civ. P. 41(a)(1)(A), this matter may be dismissed without an order of the Court.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: May 10, 2018 | Dated: May 10, 2018 |
| **SANDRA CORRIGAN** | **SETERUS, INC.** |
| By: /s/Benjamin H. Richman<br>     One of Plaintiff's Attorneys | By: /s/Thomas R. Dominczyk<br>     One of Defendant's Attorneys |
| Benjamin H. Richman* (IL 6300668)<br>brichman@edelson.com<br>Edelson PC<br>350 North LaSalle Street, 14th Floor<br>Chicago, Illinois 60654<br>Tel: 312.589.6370<br>Fax: 312.589.6378 | Thomas R. Dominczyk (NJ 022611998)<br>tdominczyk@mauricewutscher.com<br>MAURICE WUTSCHER LLP<br>5 Walter Foran Blvd., Suite 2007<br>Flemington, New Jersey 08822<br>Tel: 908.237.4550<br>Fax: 908.237.4551 |
| David S. Senoff<br>dsenoff@anapolweiss.com<br>Anapol Weiss<br>130 N. 18th St., Suite 1600<br>Philadelphia, Pennsylvania 19103<br>Tel: 215.735.1130<br>Fax: 215.875.7733 | |
| Stefan Coleman**<br>law@stefancoleman.com<br>Law Offices Of Stefan Coleman, P.A.<br>201 S. Biscayne Blvd., 28th floor<br>Miami, Florida 33131<br>Tel: 877.333.9427<br>Fax: 888.498.8946 | |

*Admitted pro hac vice*

**Pro hac vice to be sought*

3

## CERTIFICATE OF SERVICE

    I, Benjamin H. Richman, an attorney, hereby certify that on May 10, 2018, I served the above and foregoing *Stipulation of Dismissal*, by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system.

                                       /s/ Benjamin H. Richman