IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SANDRA CORRIGAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SETERUS, INC.,<br><br>Defendant. | :<br>:<br>:<br>:<br>:   3:17-CV-2348<br>:   (JUDGE MARIANI)<br>:<br>:<br>:<br>: |

## ORDER

**AND NOW, THIS 11TH DAY OF MAY, 2018**, upon receipt of the parties' Stipulation of Dismissal (Doc. 15), **IT IS HEREBY ORDERED THAT** the Clerk of Court is directed to **CLOSE** this action.

Robert D. Mariani
United States District Judge